Matter of Kirik v Martin (2025 NY Slip Op 01559)

Matter of Kirik v Martin

2025 NY Slip Op 01559

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, NOWAK, AND HANNAH, JJ. (Filed Mar. 14, 2025.) 

MOTION NO. (822/24) OP 23-01765.

[*1]IN THE MATTER OF TONY KIRIK, PETITIONER,
v
DEBRA A. MARTIN, ACTING JUSTICE OF NEW YORK STATE SUPREME COURT, THOMAS C. WILMOT, SR., THOMAS C. WILMOT, JR., LORETTA WILMOT CONROY, COUNTY OF MONROE, JANE A. HUNTER AND MARY H. PHILLIPS, RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.